IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00417-WDM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    TYSON CHRISTOPHER KANOHO,
       a/k/a Tyson Kanoho,

        Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the government to dismiss Counts 1 and 3 of the Indictment in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that Counts 1 and 3 of the Indictment in the above-captioned case are dismissed.

SO ORDERED this _24_ day of April, 2008.

BY THE COURT:

_____
WALKER D. MILLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO