IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00417-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    TYSON CHRISTOPHER KANOHO,
       a/k/a Tyson Kanoho,

      Defendant.

---

### ORDER

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this ___ day of _____, 2008.

BY THE COURT:

_____
WALKER D. MILLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO