IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00417-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYSON CHRISTOPHER KANOHO,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk


    Hearing on supervised release violation will be held **June 30, 2011, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: May 26, 2011

                                        s/ Jane Trexler, Judicial Assistant