# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
| v. | Case Number: 07-cr-00417-WDM-01 |
| TYSON CHRISTOPHER KANOHO a/k/a Tyson Kanoho | USM Number: 35264-013 |
| | Edward Harris, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession of a Controlled Substance | 05/05/11 |
| 2 | Possession of a Controlled Substance | 05/05/11 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 30, 2011
Date of Imposition of Judgment

Signature of Judge

Walker D. Miller, Senior U.S. District Judge
Name & Title of Judge

July 7, 2011
Date

DEFENDANT: TYSON CHRISTOPHER KANOHO a/k/a Tyson Kanoho
CASE NUMBER: 07-cr-00417-WDM-01 Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Reside in/Comply with Rules of Residential Reentry Center (RRC) | 05/18/11 |
| 5 | Failure to Remain Medication Compliant | 05/03/11 |

DEFENDANT: TYSON CHRISTOPHER KANOHO a/k/a Tyson Kanoho
CASE NUMBER: 07-cr-00417-WDM-01                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months with credit time served.

The court recommends to the Bureau of Prisons that the defendant be provided prescribed medication while in Bureau of Prisons. The Court also recommends the defendant receive service of sentence in Englewood, Colorado.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                        _____
                                                    UNITED STATES MARSHAL

                                        By_____
                                                    Deputy United States Marshal